```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 05074
   GAIL J HARGROW
   MONROE HARGROW                                CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1861    SSN XXX-XX-5744

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/21/2007 and was confirmed 08/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
LITTON LOAN SERVICING      CURRENT MORTG         .00             .00           .00
LITTON LOAN SERVICING      MORTGAGE ARRE         .00             .00           .00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC     4711.65          100.40        501.43
COOK COUNTY TREASURER      SECURED               .00             .00           .00
ALLIANCE ONE               UNSECURED       NOT FILED             .00           .00
AMERICAN BONDED ATTORNEY   UNSECURED       NOT FILED             .00           .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED             .00           .00
CAIN & WELNER              UNSECURED       NOT FILED             .00           .00
CAPITAL ONE                UNSECURED         5373.43             .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00           .00
CREDIT BUREAU ACCOUNTS     UNSECURED       NOT FILED             .00           .00
B-REAL LLC                 UNSECURED         2829.82             .00           .00
CITIBANK SIZES             UNSECURED       NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSECURED         3060.78             .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED             .00           .00
CONSUMER CREDIT SERVICES   UNSECURED       NOT FILED             .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED        11898.95             .00           .00
GE CONSUMER FINANCE        UNSECURED         1522.54             .00           .00
GE CONSUMER FINANCE        UNSECURED         2547.97             .00           .00
SHEFFIELD FINANCIAL LLC    UNSECURED         3632.33             .00           .00
GE CONSUMER FINANCE        UNSECURED          942.30             .00           .00
HARRIS & HARRIS            UNSECURED       NOT FILED             .00           .00
HOME DEPOT                 UNSECURED       NOT FILED             .00           .00
IC SYSTEMS                 UNSECURED       NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSECURED         2221.00             .00           .00
JVDB & ASSOC INC           UNSECURED       NOT FILED             .00           .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED             .00           .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED             .00           .00
LORD & TAYLOR              UNSECURED       NOT FILED             .00           .00
NICOR GAS                  UNSECURED          406.39             .00           .00
NORTHWEST COMMUNITY HOSP   UNSECURED       NOT FILED             .00           .00
RNB TARGET                 UNSECURED       NOT FILED             .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05074 GAIL J HARGROW & MONROE HARGROW
```

```
ECAST SETTLEMENT CORP    UNSECURED        768.52              .00           .00
SKO BRENNER AMERICAN     UNSECURED     NOT FILED              .00           .00
TARGET NATIONAL BANK     UNSECURED        454.18              .00           .00
WORLD FINANCIAL NETWORK  UNSECURED        275.80              .00           .00
WORLD FINANCIAL NETWORK  UNSECURED        621.19              .00           .00
AMERIQUEST MORTGAGE      NOTICE ONLY   NOT FILED              .00           .00
VILLAGE OF PALATINE      UNSECURED         75.00              .00           .00
GE MONEY BANK            UNSECURED        781.28              .00           .00
ECAST SETTLEMENT CORP    UNSECURED       1245.60              .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    1,834.00                          637.65
TOM VAUGHN               TRUSTEE                                           87.60
DEBTOR REFUND            REFUND                                           103.86
```

Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                1,430.94

PRIORITY                                            .00
SECURED                                          501.43
   INTEREST                                      100.40
UNSECURED                                           .00
ADMINISTRATIVE                                   637.65
TRUSTEE COMPENSATION                              87.60
DEBTOR REFUND                                    103.86
                       ---------------      ---------------
TOTALS                 1,430.94                1,430.94

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                              /s/ Tom Vaughn
   Dated: 04/23/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                          PAGE   2
          CASE NO. 07 B 05074 GAIL J HARGROW & MONROE HARGROW